Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
            907-264-3303
Facsimile: 907-276-2631
Email:     jamiesonb@lanepowell.com
           baylousm@lanepowell.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| INDEPENDENT BANK OF TEXAS, <br><br>                  Plaintiff, <br><br> v. <br><br> MARINE LENDERS SERVICES, LLC, <br><br>                  Defendant. | Case No. 3:13-cv-00041-TMB <br><br> **STIPULATION FOR DISMISSAL** <br> **WITH PREJUDICE** |

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(ii), such dismissal shall be effective upon filing of this stipulation and without further order of court.

LANE POWELL LLC
Attorneys for Plaintiff

Dated: September 27, 2013

By  s/ Brewster H. Jamieson
     Brewster H. Jamieson, ABA No. 8411122
     Michael B. Baylous, ABA No. 0905022

BAUER MOYNIHAN & JOHNSON
Attorneys for Defendant

Dated: September 27, 2013

By  s/Thomas G. Waller
     Thomas G. Waller, ABA No. 0109052

I certify that on September 27, 2013, a copy of
the foregoing was served electronically on:
Thomas G. Waller, tgwaller@bmjlaw.com
  s/ Brewster H. Jamieson
127222.0001/5612961.1